FILED

2011 Sep-14  AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

JAMES M. BROADHEAD,        )
                       )
        Plaintiff,        )
                       )
vs.                       ) Case No. 4:09-cv-02512-SLB-RRA
                       )
WILLIAM NORTHCUTT, et al.,    )
                       )
        Defendants.     )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 8, 2011, recommending that (1) Defendant Morres be dismissed pursuant to FED. R. CIV. P. 4(m); (2) Defendants Northcutt, Scott, and Hill's motion for summary judgment as to the plaintiff's Eighth Amendment claims against them for excessive force be granted; and (3) in the alternative, the plaintiff's Eight Amendment excessive force claims be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).  (Doc. 24.)  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that:

1.      Defendant Morres is due to be DISMISSED WITHOUT PREJUDICE pursuant to FED. R. CIV. P. 4(m);

2.      Defendants Northcutt, Scott and Hill's motion for summary judgment is

due to be GRANTED and the plaintiff's Eighth Amendment excessive force claims against them are due to be DISMISSED WITH PREJUDICE; and

3.    Alternatively, the plaintiff's Eighth Amendment excessive force claims against all defendants are due to be DISMISSED as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

A Final Judgment will be entered separately.

DONE this the 14th day of September, 2011.

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE